# EXHIBIT A

10

**Exhibit A**

1   DONALD D. SOMMERFELD
    TOWE, BALL, MACKEY, SOMMERFELD
2   & TURNER, P.L.L.P.
    PO BOX 30457
3   BILLINGS, MT 59107-0457
    (406) 248-7337
4   Attorneys for Plaintiff

5

6

7            MONTANA THIRTEENTH JUDICIAL DISTRICT COURT

8                YELLOWSTONE COUNTY, MONTANA

9

10   CASEY BENDURE,               )

11       Plaintiff,             )    No. DV 14-0749

12   vs.                     )    Judge: Gregory R. Todd

13   STAR TARGETS, JUSTIN HARDY,    )
    TLD INDUSTRIES LLC, and        )    **SUMMONS**
14   CABELA'S WHOLESALE, INC.      )

15       Defendants.          )

16

17   THE STATE OF MONTANA SENDS GREETINGS TO THE ABOVE NAMED DEFENDANT,
    **CABELA'S WHOLESALE, INC.**:

18

19        You are hereby summoned to respond to the Amended Complaint in this action which is filed in
    the office of the Clerk of this Court, a copy of which is herewith served upon you, and to file your answer and
20   serve a copy thereof upon the Plaintiff's attorney within 21 days after the service of this Summons, exclusive
    of the day of service; and in case of your failure to respond, a judgment will be taken against you by default
21   for the relief prayed for in the Amended Complaint.

22        WITNESS my hand and the seal of this Court this _6_ day of June, 2014.

23                      KRISTIE BOELTER, CLERK OF COURT

24   (COURT SEAL)           BY __James Symonds_____
25                                Deputy Clerk

26

27

28

11

```
1    DONALD D. SOMMERFELD
     TOWE, BALL, MACKEY, SOMMERFELD
2    & TURNER, P.L.L.P.
     PO BOX 30457
3    BILLINGS, MT 59107-0457
     (406) 248-7337
4    Attorneys for Plaintiff
```

CLERK OF THE
DISTRICT COURT
KRISTIE LEE BOELTER

2014 JUN 6 PM 3 11

FILED

BY _____ DEPUTY

```
7              MONTANA THIRTEENTH JUDICIAL DISTRICT COURT

8                   YELLOWSTONE COUNTY, MONTANA
```

|  |  |
|---|---|
| CASEY BENDURE, | ) |
| Plaintiff, | ) No. DV 14-0749 |
| vs. | ) Judge: Gregory R. Todd |
| STAR TARGETS, JUSTIN HARDY, | ) |
| TLD INDUSTRIES LLC, and | ) **AMENDED COMPLAINT** |
| CABELA'S WHOLESALE, INC. | ) |
| Defendants. | ) |

COMES NOW the Plaintiff, CASEY BENDURE, by and through his attorney of record, Donald D. Sommerfeld, and, for his claim against the Defendants, alleges as follows:

1.      Plaintiff, Casey Bendure, was, at the time of the explosion described below, a resident of Billings, Yellowstone County, Montana.

2.      Defendant Star Targets supplies a product identified as Rimfire Exploding Targets, which were involved in the explosion described below.

3.      Defendant Star Targets is a company doing business at 6194 Freedom Hill Way, in Herriman, Utah.

4.      Defendant Justin Hardy is the owner of Star Targets.

5.      Defendant TLD Industries LLC produces Rimfire Exploding Targets, which were involved in the explosion described below, exclusively for Star Targets.

6.     Defendant TLD Industries LLC is a Limited Liability Company registered in the State of Utah. Defendant TLD Industries LLC is also located at 6194 Freedom Hill Way, in Herriman, Utah.

7.     Defendant Cabela's Wholesale, Inc. sold the Rimfire Exploding Targets, which were involved in the explosion described below, to the Plaintiff.

8.     Defendant Cabela's Wholesale, Inc. is a corporation registered to do business in the State of Montana.

9.     Plaintiff Bendure was seriously injured as the result of an explosion that occurred on September 5, 2012, in Yellowstone County, Montana. Plaintiff Bendure drove to a shooting range near mile marker 17 on Hwy 87 N, commonly referred to as "17 Mile Range." After Plaintiff Bendure exited his pickup, he put on eye and ear protection, and went to a location about 5 to 7 yards from the back of his truck. Plaintiff Bendure had a package of Star Targets Rimfire Exploding Targets. Plaintiff had, on a previous occasion, used most of the Rimfire Exploding Targets in the package. On September 5, 2012, he was using up the last of the targets in the package. Plaintiff Bendure mixed the catalyst and oxidizer in the pink antistatic bag provided. He then transferred the contents to the target snap cap. As Plaintiff Bendure attempted to close the target snap cap, it exploded in his hand. The explosion severed, from his right hand, his index finger, half of his middle finger and shattered the metacarpal bone in his right thumb. His right thumb remained attached to his hand by only a small piece of skin. The explosion also caused flesh wounds and abrasions to his face, chest, hands, arms, and legs. Pieces of the target snap cap were imbedded in his lip, face and chest.

10.     Defendant TLD Industries was negligent in producing these exploding targets for Star Targets.

11.     Defendant Star Targets was negligent in supplying these exploding targets to Cabela's Inc.

12.     Defendant Justin Hardy is personally liable for the actions of Star Targets.

13.     Defendant Cabela's Wholesale, Inc. was negligent in selling these exploding targets to Plaintiff Bendure.

14.    As a result of the negligence of Defendants, Plaintiff Bendure was seriously injured and has incurred medical expenses, hospital expenses, wage loss, and other special damages, and will suffer special damages in the future.

15.    As a further result of the negligence of Defendants, Plaintiff Bendure has incurred pain, suffering, loss of enjoyment of his established course of life, and other general damages, and will suffer general damages in the future.

WHEREFORE, Plaintiff Bendure demands judgment against Defendants as follows:

1.    For special damages and future special damages, in an amount yet to be determined.

2.    For general damages and future general damages, in an amount yet to be determined.

3.    For such other and further relief as may be deemed just and proper.

DATED this ____6th____ day of June, 2014.

TOWE, BALL, MACKEY,
SOMMERFELD & TURNER, P.L.L.P.

BY _____
DONALD D. SOMMERFELD

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a full and complete copy of the foregoing to the following attorneys of record at their address or addresses:

Star Targets
6194 Freedom Hill Way
Herriman, UT 84096

Justin Hardy
6194 Freedom Hill Way
Herriman, UT 84096

TLD Industries LLC
6194 Freedom Hill Way
Herriman, UT 84096

this _____ day of June, 2014.

TOWE, BALL, MACKEY, SOMMERFELD
& TURNER, PLLP

By _____

# EXHIBIT B

# Exhibit B

Paul C. Collins
Crowley Fleck PLLP
500 Transwestern Plaza II
490 North 31st Street
P.O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 259-4159

Attorneys for Defendants Star Targets,
Justin Hardy, and TLD Industries, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| CASEY BENDURE,<br><br>               Plaintiff,<br><br>   v.<br><br>STAR TARGETS, JUSTIN HARDY, TLD INDUSTRIES LLC, and CABELA'S WHOLESALE, INC.,<br><br>              Defendants. | Case No.<br><br>CONSENT TO REMOVAL<br><br><br><br><br><br>***JURY TRIAL DEMANDED*** |

## CONSENT TO REMOVAL

Defendants Star Targets, Justin Hardy, and TLD Industries, LLC, by and through their undersigned counsel, hereby consent to and join in the removal of the above-captioned action, initially filed in the Montana Thirteenth Judicial District

16

Court, Yellowstone County as Cause No. DV 14-0749, to this Court as filed by

defendant Cabela's Wholesale, Inc.

Dated:  July 8, 2014

_____
Paul C. Collins
Crowley Fleck PLLP
500 Transwestern Plaza II
490 North 31st Street
P.O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 259-4159

Attorneys for Defendants Star Targets,
Justin Hardy, and TLD Industries, LLC

17

# EXHIBIT C

## NATIONAL REGISTERED AGENTS, INC.

### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: Nicole Parker
Cabela's Incorporated
One Cabela Drive
Sidney, NE 69160-

SOP Transmittal # 525109094

800-592-9023 - Telephone

Entity Served: CABELA'S WHOLESALE, INC. (Domestic State: NEBRASKA)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of MONTANA on this 09 day of June, 2014. The following is a summary of the document(s) received:

1. **Title of Action:** Casey Bendure, Pltf. vs. Star Targets, et al. including Cabela's Wholesale, Inc., Dfts.

2. **Document(s) Served:** Other: Summons/Amended Complaint/Request

3. **Court of Jurisdiction/Case Number:** Montana 13th Judicial District Court, MT
Case # DV140749

4. **Amount Claimed, if any:** N/A

5. **Method of Service:**

   _X_ Personally served by:          _X_ Process Server          ___ Deputy Sheriff          ___ U. S Marshall

   ___ Delivered Via:                ___ Certified Mail           ___ Regular Mail            ___ Facsimile

   ___ Other (Explain):

6. **Date and Time of Receipt:** 06/09/2014 02:00:00 PM CST

7. **Appearance/Answer Date:** Within 21 days after service, exclusive of the day of service

8. **Received From:** Donald D. Sommerfeld          9. **Federal Express Airbill #** 770260295491
   Towe, Ball, Mackey, Sommerfeld &
   Turner, P.L.L.P.                                  10. **Call Made to:** Not required
   P.O. Box 30457
   Billings, MT 59107-0457
   406-248-7337

11. **Special Comments:**
SOP Papers with Transmittal, via Fed Ex 2 Day

**NATIONAL REGISTERED AGENTS, INC.**                    **Copies To:**

Transmitted by Amy McLaren

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL

DATE RECEIVED 6/13/14 pp
CABELA'S LEGAL DEPT.

# NRAI Packing Slip

**NATIONAL REGISTERED AGENTS, INC.**
An NBA Solutions Company

## FedEx Packing Slip

**FedEx Tracking # :** 770260295491

**Created By :** Rashmi Narula

**Created On :** 06/10/2014 05:34 PM

**Recipient :**

| Nicole Parker | |
|---|---|
| Title : | -- |
| Customer : | Cabela's Incorporated |
| Address : | One Cabela Drive |
| Email : | Nicole.parker@cabelas.com |
| Phone : | Fax : -- |

**Package Type :** Envelope

**Items shipped :** 1

| Log # | Case # | Entity Name |
|---|---|---|
| 525109094 | DV140749 | CABELA'S WHOLESALE, INC. |

1     DONALD D. SOMMERFELD
      TOWE, BALL, MACKEY, SOMMERFELD
2     & TURNER, P.L.L.P.
      PO BOX 30457
3     BILLINGS, MT 59107-0457
      (406) 248-7337
4     Attorneys for Plaintiff

5

6

7                MONTANA THIRTEENTH JUDICIAL DISTRICT COURT

8                    YELLOWSTONE COUNTY, MONTANA

9

10    CASEY BENDURE,                )
                                   )
11        Plaintiff,            )      No. DV 14-0749
                                     )
12    vs.                       )      Judge: Gregory R. Todd
                                     )
13    STAR TARGETS, JUSTIN HARDY,   )      **SUMMONS**
      TLD INDUSTRIES LLC, and       )
14    CABELA'S WHOLESALE, INC.     )
                                     )
15        Defendants.         )

16

17    THE STATE OF MONTANA SENDS GREETINGS TO THE ABOVE NAMED DEFENDANT,
      **CABELA'S WHOLESALE, INC.:**
18

19          You are hereby summoned to respond to the Amended Complaint in this action which is filed in
      the office of the Clerk of this Court, a copy of which is herewith served upon you, and to file your answer and
20    serve a copy thereof upon the Plaintiff's attorney within 21 days after the service of this Summons, exclusive
      of the day of service; and in case of your failure to respond, a judgment will be taken against you by default
21    for the relief prayed for in the Amended Complaint.

22          WITNESS my hand and the seal of this Court this *6* day of June, 2014.

23                        KRISTIE BOELTER, CLERK OF COURT

24
      (COURT SEAL)                  BY      James Symonds
25                                        Deputy Clerk

26

27

28

21

1   DONALD D. SOMMERFELD
    TOWE, BALL, MACKEY, SOMMERFELD
2   & TURNER, P.L.L.P.
    PO BOX 30457
3   BILLINGS, MT 59107-0457
    (406) 248-7337
4   Attorneys for Plaintiff

CLERK OF THE
DISTRICT COURT
KRISTIE LEE BOELTER

2014 JUN 6 PM 3 11

FILED

BY _____ DEPUTY

7              MONTANA THIRTEENTH JUDICIAL DISTRICT COURT

8                   YELLOWSTONE COUNTY, MONTANA

10  CASEY BENDURE,                          )
                                            )
11         Plaintiff,                       )        No. DV 14-0749
                                            )
12  vs.                                     )        Judge: Gregory R. Todd
                                            )
13  STAR TARGETS, JUSTIN HARDY,             )
    TLD INDUSTRIES LLC, and                 )        **AMENDED COMPLAINT**
14  CABELA'S WHOLESALE, INC.                )
                                            )
15         Defendants.                      )
                                            )

17         COMES NOW the Plaintiff, CASEY BENDURE, by and through his attorney of record, Donald D.

18  Sommerfeld, and, for his claim against the Defendants, alleges as follows:

19         1.      Plaintiff, Casey Bendure, was, at the time of the explosion described below, a resident of

20  Billings, Yellowstone County, Montana.

21         2.      Defendant Star Targets supplies a product identified as Rimfire Exploding Targets, which

22  were involved in the explosion described below.

23         3.      Defendant Star Targets is a company doing business at 6194 Freedom Hill Way, in

24  Herriman, Utah.

25         4.      Defendant Justin Hardy is the owner of Star Targets.

26         5.      Defendant TLD Industries LLC produces Rimfire Exploding Targets, which were involved

27  in the explosion described below, exclusively for Star Targets.

28

22

6.     Defendant TLD Industries LLC is a Limited Liability Company registered in the State of Utah. Defendant TLD Industries LLC is also located at 6194 Freedom Hill Way, in Herriman, Utah.

7.     Defendant Cabela's Wholesale, Inc. sold the Rimfire Exploding Targets, which were involved in the explosion described below, to the Plaintiff.

8.     Defendant Cabela's Wholesale, Inc. is a corporation registered to do business in the State of Montana.

9.     Plaintiff Bendure was seriously injured as the result of an explosion that occurred on September 5, 2012, in Yellowstone County, Montana.  Plaintiff Bendure drove to a shooting range near mile marker 17 on Hwy 87 N, commonly referred to as "17 Mile Range." After Plaintiff Bendure exited his pickup, he put on eye and ear protection, and went to a location about 5 to 7 yards from the back of his truck.  Plaintiff Bendure had a package of Star Targets Rimfire Exploding Targets.  Plaintiff had, on a previous occasion, used most of the Rimfire Exploding Targets in the package.  On September 5, 2012, he was using up the last of the targets in the package.  Plaintiff Bendure mixed the catalyst and oxidizer in the pink antistatic bag provided.  He then transferred the contents to the target snap cap.  As Plaintiff Bendure attempted to close the target snap cap, it exploded in his hand.  The explosion severed, from his right hand, his index finger, half of his middle finger and shattered the metacarpal bone in his right thumb.  His right thumb remained attached to his hand by only a small piece of skin.  The explosion also caused flesh wounds and abrasions to his face, chest, hands, arms, and legs.  Pieces of the target snap cap were imbedded in his lip, face and chest.

10.    Defendant TLD Industries was negligent in producing these exploding targets for Star Targets.

11.    Defendant Star Targets was negligent in supplying these exploding targets to Cabela's Inc.

12.    Defendant Justin Hardy is personally liable for the actions of Star Targets.

13.    Defendant Cabela's Wholesale, Inc. was negligent in selling these exploding targets to Plaintiff Bendure.

23

14.     As a result of the negligence of Defendants, Plaintiff Bendure was seriously injured and has incurred medical expenses, hospital expenses, wage loss, and other special damages, and will suffer special damages in the future.

15.     As a further result of the negligence of Defendants, Plaintiff Bendure has incurred pain, suffering, loss of enjoyment of his established course of life, and other general damages, and will suffer general damages in the future.

WHEREFORE, Plaintiff Bendure demands judgment against Defendants as follows:

1.      For special damages and future special damages, in an amount yet to be determined.

2.      For general damages and future general damages, in an amount yet to be determined.

3.      For such other and further relief as may be deemed just and proper.

DATED this _____ 6th _____ day of June, 2014.

TOWE, BALL, MACKEY,
SOMMERFELD & TURNER, P.L.L.P.

BY _____
        DONALD D. SOMMERFELD

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed a full and complete copy of the foregoing to the following attorneys of record at their address or addresses:

Star Targets                            Justin Hardy
6194 Freedom Hill Way                    6194 Freedom Hill Way
Herriman, UT 84096                       Herriman, UT 84096

TLD Industries LLC
6194 Freedom Hill Way
Herriman, UT 84096

this _____ day of June, 2014.

TOWE, BALL, MACKEY, SOMMERFELD
& TURNER, PLLP

By _____

1   DONALD D. SOMMERFELD
     TOWE, BALL, MACKEY, SOMMERFELD
2   & TURNER, P.L.L.P.
     PO BOX 30457
3   BILLINGS, MT 59107-0457
     (406) 248-7337
4   Attorneys for Plaintiff

5

6

7              MONTANA THIRTEENTH JUDICIAL DISTRICT COURT

8                   YELLOWSTONE COUNTY, MONTANA

9

10   CASEY BENDURE,           )

11       Plaintiff,         )     No.  DV 14-0749

12   vs.                 )     Judge: Gregory R. Todd

13   STAR TARGETS, JUSTIN HARDY,   )  **PLAINTIFF'S FIRST DISCOVERY REQUESTS**
      TLD INDUSTRIES LLC, and      )    **TO CABELA'S WHOLESALE, INC.**
14   CABELA'S WHOLESALE, INC.    )

15       Defendants.        )

16

17   TO:  Defendant CABELA'S WHOLESALE, INC.

18         Pursuant to Rule 33 of the Montana Rules of Civil Procedure, Plaintiff requests that

19   Defendant answer, under oath, the following Interrogatories within forty-five (45) days from the

20   time of service is made upon you.

21         <u>NOTE A</u>:  In answering these interrogatories, you are required not only to furnish such
      information as you know of your own personal knowledge but also information available to you,
22   including, but not limited to, information which is in the possession of your attorney, agent,
      representative, investigator or anyone else acting for or on behalf of the Defendant.
23

24         <u>NOTE B</u>:  These interrogatories shall be deemed continuing, and supplemental answers
      shall be required to be filed promptly if you, directly or indirectly, obtain further information of the
25   nature sought herein between the time answers are served and time of trial.

26         <u>NOTE C</u>:  Please be advised that the term Defendant, and also the word "you," its plural,
      or any synonym thereof, whenever used in these interrogatories, is intended to and shall embrace
27   and include, in addition to the main party or parties, counsel for said party, and all agents, servants,
      employees, representatives, investigators, or anyone else acting on behalf of the Defendant, or who
28   has acted for or on behalf of the Defendant, who are in possession of, or may have obtained

25

1    information for or on behalf of, Defendant.

2         NOTE D:  If you cannot answer these interrogatories in full after exercising due diligence
3    to secure such information, please so state, and answer to the extent possible, specifying your
     inability to answer the remainder, and stating whatever information or knowledge you have
4    concerning the unanswered portions.

5         Pursuant to Rule 34 of the Montana Rules of Civil Procedure, Plaintiff requests that

6    Defendant and its counsel produce and permit Plaintiff's counsel to inspect and copy the following

7    designated documents and tangible things at the office of Towe, Ball, Mackey, Sommerfeld &

8    Turner, P.L.L.P., 2525 Sixth Avenue North, Billings, Montana, between the hours of 9:00 o'clock

9    a.m. and 5:00 o'clock p.m., on any regular business day in forty-five (45) days after service of this

10   Request.  Compliance may alternatively be made by delivery to the undersigned of complete and

11   legible photocopies of such documents or things within the same time period.

12        NOTE A:  As used herein, the term "document" includes any physical thing upon which,
     or by which, data or information is stored, recorded, or otherwise kept, and from which such data or
13   information can be perceived or retrieved in any manner, whether visually, auditorially, by
     electromagnetic, or mechanical means, or any combination thereof; and includes, but is not limited
14   to: written, printed, typed or other impressions upon paper or any similar product; film; magnetic
     recording; electronic storage; photo-chemical or photo-electronic media or reproduction.
15
          NOTE B:  If compliance with these requests is made by photocopying, the entire contents
16   of every item should be reproduced, including the backside thereof, or any file jackets, if any
     information or data is contained thereon.
17
                                    **********
18
     DISCOVERY REQUEST NO.  1 (Interrogatory):  Please state the name, telephone
19
     number and address of each and every person known to you to have knowledge of any relevant facts
20
     pertaining to this action.
21
          ANSWER:
22

23
     DISCOVERY REQUEST NO.  2 (Interrogatory):  Please summarize the relevant facts
24
     known by each person listed in your Answer to Discovery Request No. 1.
25
          ANSWER:
26

27
     DISCOVERY REQUEST NO.  3 (Interrogatory):  If you, or anyone on your behalf, ever
28

took or obtained a statement, whether oral or in writing, from anyone regarding the facts pertaining to this action, please state the name, telephone number and address of each and every person from whom a statement was obtained, the date and place where each such statement was taken, and the substance and content of each such statement.

ANSWER:

DISCOVERY REQUEST NO. 4 (Request for Production):  Please produce both a copy of the audiotapes and a copy of the transcriptions of all recorded statements, and a copy of all written statements, taken or obtained, which in any way relate to the facts pertaining to this action.

RESPONSE:

DISCOVERY REQUEST NO. 5 (Interrogatory):  If you, or anyone on your behalf, ever made or gave a statement, whether oral or in writing, to anyone regarding the facts pertaining to this action, state the name, telephone number and address of each and every person to whom a statement was given, the date and place where each such statement was taken, and the substance and content of each such statement.

ANSWER:

DISCOVERY REQUEST NO. 6 (Request for Production):  Please produce both a copy of the audiotapes and a copy of the transcriptions of all recorded statements, and a copy of all written statements, made or given, which in any way relate to the facts pertaining to this action.

RESPONSE:

DISCOVERY REQUEST NO. 7 (Request for Production):  Please produce, and describe reprints of all photographs which relate to the scene, the events, and the damages in this action.

RESPONSE:

DISCOVERY REQUEST NO. 8 (Request for Production):  Please produce a copy of all policies of insurance, along with the declaration pages which apply to each of those policies, by or through which you were or may have been insured or covered in any manner or to any extent with primary or excess coverage, with respect to any of the claims, causes of action, injuries or damages alleged by Plaintiff against you.

RESPONSE:

DISCOVERY REQUEST NO. 9 (Interrogatory):  Please describe in detail any conversations you contend you had with Plaintiff following the incident in question.

ANSWER:

DISCOVERY REQUEST NO. 10 (Request for Production):  Please produce a copy of all reports, diaries, notes or memos made by you in any form whatsoever, regarding events or happenings of the incident in question.

RESPONSE:

DISCOVERY REQUEST NO. 11 (Interrogatory):  If an investigation has been made on any of the claims set forth in Plaintiff's Complaint, please identify the date such investigation was commenced, the names, telephone numbers, occupations/titles of the persons who conducted the investigations, and the results of the investigation.

ANSWER:

DISCOVERY REQUEST NO. 12 (Request for Production):  Please produce a copy of any and all reports generated as the result of investigations made by you or on your behalf regarding any of the claims set forth in Plaintiff's Complaint.

RESPONSE:

DISCOVERY REQUEST NO. 13 (Interrogatory):   Please state the name, telephone number and address of each and every person you intend to call as a non-expert witness at the trial of this action and describe in detail the subject matter on which each such non-expert is expected to testify.

ANSWER:


DISCOVERY REQUEST NO. 14 (Interrogatory):   Identify each person you expect to call as an expert witness at trial or who has been retained or specially employed in anticipation of litigation or preparation of trial of this action and who may or may not be used at trial.  For each such person, please state the following:

     a. Name, address and telephone number;

     b. The subject matter on which the expert is expected to testify;

     c. The substance of the facts and opinions to which the expert is expected to testify; and

     d. A summary of the grounds for each opinion held by the expert.

ANSWER:


DISCOVERY REQUEST NO. 15 (Request for Production):   Produce copies of all writings, documents or memoranda showing any opinions or findings relating to this action of all experts identified by you.

RESPONSE:


DISCOVERY REQUEST NO. 16 (Interrogatory):   Please describe in detail each and every incident, other than this one, where an injury has occurred while using Star Targets Rimfire Exploding Targets or a similar product which you sell.  In addition to describing the incident, please state your response and the disposition to each incident.

ANSWER:

29

DISCOVERY REQUEST NO. 17 (Request for Production):  Please produce a copy of each document which relates to, reflects or in any way describes each incident identified in the preceding Discovery Request.

RESPONSE:

DISCOVERY REQUEST NO. 18 (Interrogatory):  Please state the name, telephone number and address of each and every person answering or contributing information to your answer to the discovery requests set forth above, including their occupation and title.

ANSWER:

DISCOVERY REQUEST NO. 19 (Request for Production):  Please produce a copy of every document that relates, in any way, to this action.

RESPONSE:

DATED this _6th_ day of June, 2014.

TOWE, BALL, MACKEY,
SOMMERFELD & TURNER, P.L.L.P.

BY_____
     DONALD D. SOMMERFELD

30

PAUL C. COLLINS
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
P.O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 259-4159

Attorneys for Defendants Star Targets, Justin Hardy,
and TLD Industries, LLC

MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | | |
|---|---|---|
| CASEY BENDURE, | ) | Cause No.: DV 14-0749 |
| | ) | |
| Plaintiff, | ) | Judge: Gregory R. Todd |
| | ) | |
| vs. | ) | |
| | ) | |
| STAR TARGETS, JUSTIN HARDY, | ) | **ANSWER, JURY DEMAND, AND** |
| TLD INDUSTRIES, LLC, and | ) | **THIRD-PARTY COMPLAINT** |
| CABELA'S WHOLESALE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| TLD INDUSTRIES, LLC, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROLLING THUNDER PYROTECHNIC, | ) | |
| CORP. and MACCRAFT USA | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

31

For their answer to Plaintiff's complaint, Defendants Star Targets (which is improperly designated), TLD Industries, LLC, and Justin Hardy (collectively, "Defendants") state as follows:

1. Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 1.

2. In response to paragraph 2, Defendants state that Star Targets is a brand of product and not a business entity.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

3. For the reason stated in the preceding paragraph, Defendants deny the allegation in paragraph 3.

4. For the reason stated in paragraph 2, Defendants deny the allegation in paragraph 4.

5. Defendants deny the allegations in paragraph 5.

6. Defendants admit the allegations in paragraph 7.

7. Defendants lack knowledge and information sufficient to form a belief as to the allegations in paragraph 7.

8. Defendants lack knowledge or information sufficient to form a belief as to the allegations in paragraph 8.

Answer, Jury Demand, and Third-Party Complaint - Page 2

32

9. Defendants lack knowledge or information sufficient to form a belief as to the allegations in paragraph 9.

10. Defendants deny the allegations in paragraph 10.

11. Defendants deny the allegations in paragraph 11.

12. Defendants deny the allegations in paragraph 12.

13. In response to paragraph 13, Defendants do not know if Plaintiff bought Star Targets Rimfire Exploding targets from Cabela's Wholesale, Inc., but if he did, Defendants deny that there was any negligence on the part of Cabela's.

14. Defendants deny the allegations in paragraph 14.

15. Defendants deny the allegations in paragraph 15.

### FIRST AFFIRMATIVE DEFENSE

Any recovery by Plaintiff must be reduced or barred according to the principles of comparative fault.  If Plaintiff was injured by a Rimfire Exploding Target, then the most likely cause was Plaintiff's own negligence, which should act to reduce or bar his recovery.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff is not entitled to recover to the extent he unreasonably misused the product involved in this case.

Answer, Jury Demand, and Third-Party Complaint - Page 3

33

### THIRD AFFIRMATIVE DEFENSE

Plaintiff is not entitled to recover to the extent that he failed to mitigate his damages.

### FOURTH AFFIRMATIVE DEFENSE

Defendants assert credit against any verdict for any other sources of payment made to Plaintiff to the extent permitted by Montana law.

### THIRD-PARTY COMPLAINT

Third-party plaintiff TLD Industries, LLC ("TLD") is a Utah limited liability company.

1. Third-party defendant MacCraft USA is, upon information and belief, a company with its primary place of business in New Mexico.  It purchases Rimfire Exploding Targets from third-party defendant Rolling Thunder Pyrotechnic Corp. and sells them to TLD.

2. Third-party defendant Rolling Thunder Pyrotechnic Corp. is, upon information and belief, a Wisconsin corporation.

3. TLD did not alter the Rimfire Exploding Targets before selling them to Cabela's, but only put them into a box with the Star Targets brand.

4. Pursuant to Mont. Code Ann. § 27-1-703 and other statutory and common law of Montana, if TLD has liability to Plaintiff, then MacCraft USA and Rolling Thunder Pyrotechnic Corp. are responsible for some or all of that liability.

Answer, Jury Demand, and Third-Party Complaint - Page 4

## JURY DEMAND

TLD requests a jury of 12 people plus alternates on all issues so triable.

Dated this ___ day of ___, 2014.

CROWLEY FLECK PLLP

By_____
PAUL C. COLLINS
Attorneys for Defendants Star Targets,
Justin Hardy, and TLD Industries, LLC

Answer, Jury Demand, and Third-Party Complaint - Page 5

35

## CERTIFICATE OF SERVICE

I, Paul C. Collins, one of the attorneys for the law firm of Crowley Fleck PLLP, hereby certify that on the ___ day of _____, 2014, I mailed a true and correct copy of the foregoing document, postage prepaid, to the following:

[X]  U.S. Mail                      Donald D. Sommerfeld
[ ]  FedEx                          Towe, Ball, Mackey, Sommerfeld & Turner, P.L.L.P.
[ ]  Hand-Delivery                  P.O. Box 30457
[ ]  Facsimile                      Billings, MT 59107-0457
[ ]  Email
[ ]  ECF Electronic filing

Answer, Jury Demand, and Third-Party Complaint - Page 6

36